IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| COBB COUNTY, DEKALB COUNTY, and FULTON COUNTY, | : : : | |
| Plaintiffs, | : : : | CIVIL ACTION NO. 1:15-CV-04081-LMM |
| v. | : : : | |
| BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, FSB, COUNTRYWIDE WAREHOUSE LENDING, LLC, BAC HOME LOANS SERVICING, LP, MERRILL LYNCH & CO., INC., MERRILL LYNCH MORTGAGE CAPITAL INC., and MERRILL LYNCH MORTGAGE LENDING, INC., | : : : : : : : : : : : : : | |
| Defendants. | : | |

**<u>ORDER</u>**

This case comes before the Court on Plaintiffs' Motion to Disqualify [53]. Plaintiffs seek to disqualify Defendants' counsel from representing several confidential witnesses in addition to Defendants. <u>See</u> <u>id.</u> at 24–25. Since Plaintiffs filed their Motion, Defendants' counsel has informed the Court that they have withdrawn from representing the confidential witnesses. <u>See</u> Dkt. No.

[83]. The Court therefore **DENIES AS MOOT** Plaintiffs' Motion to Disqualify [53].

The Court notes that Plaintiffs request other relief in their Motion, including sanctions. See Dkt. Nos. [53; 76]. At this stage of the proceedings, Plaintiffs do not specifically rely on the statements of the confidential witnesses in their Second Amended Complaint, see Dkt. No. [61], and Defendants have not referenced them in their pending Motion to Dismiss before the Court, see Dkt. No. [81]. Therefore, because the confidential witnesses are no longer integral to the litigation at this time, any and all issues relating to them have become moot. The Court also finds that sanctions are not warranted at this point. If the confidential witnesses become relevant again, the parties may contact the Court about these issues by emailing the Court's Courtroom Deputy Clerk. The Court will then handle any new issues relating to them on an expedited basis. The background and potential for sanctions related in Plaintiffs' motion may then be addressed.

**IT IS SO ORDERED** this 10th day of April, 2020

_____
**Leigh Martin May**
**United States District Judge**