UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY, DEKALB COUNTY, and FULTON COUNTY, GEORGIA, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, FSB, COUNTRYWIDE WAREHOUSE LENDING, LLC, BAC HOME LOANS SERVICING, LP, MERRILL LYNCH & CO., INC., MERRILL LYNCH MORTGAGE CAPITAL INC., and MERRILL LYNCH MORTGAGE LENDING, INC., <br><br> Defendants. | Civil Action No. 1:15-CV-04081-LMM |

**DEFENDANTS' MOTION TO CERTIFY THE SEPTEMBER 18, 2020 ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

For the reasons set forth in the accompanying memorandum, Defendants Bank of America Corporation, Bank of America N.A., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Bank, FSB, Countrywide Warehouse Lending, LLC, BAC Home Loans Servicing, LP, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch Mortgage Lending, Inc. (collectively, "Defendants"), respectfully request that this Court enter an order certifying its September 18, 2020 Order on Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 100) ("Order") for an immediate appeal pursuant to U.S.C. § 1292(b).

A proposed order is attached for the Court's convenience.

Respectfully submitted this 16th day of October, 2020.

/s/ William V. Custer
William V. Custer
Georgia Bar No. 202910
*Bill.Custer@bclplaw.com*
Leah A. Schultz
Georgia Bar No. 276394
*Leah.Schultz@bclplaw.com*
BRYAN CAVE
LEIGHTON PAISNER LLP
One Atlantic Center, 14th Floor
1201 W. Peachtree St., NW
Atlanta, GA 30309
Tel.: 404-572-6600
Fax: 404-572-6999

Thomas M. Hefferon
D.C. Bar No. 461750 (pro hac vice)

1

2

*thefferon@goodwinlaw.com*
Matthew S. Sheldon
D.C. Bar No. 998754 (pro hac vice)
*msheldon@goodwinlaw.com*
Andrew Kim
D.C. Bar No. 1029348 (pro hac vice)
*AndrewKim@goodwinlaw.com*
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
Tel.: 202-346-4000
Fax: 202-346-4444

*Attorneys for Defendants BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, FSB, COUNTRYWIDE WAREHOUSE LENDING, LLC, BAC HOME LOANS SERVICING, LP, MERRILL LYNCH & CO., INC., MERRILL LYNCH MORTGAGE CAPITAL INC., and MERRILL LYNCH MORTGAGE LENDING, INC.*

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document was prepared in compliance with Northern District of Georgia Local Rule 5.1C using Century Schoolbook 13-point font.

Dated:  October 16, 2020          /s/ William V. Custer
                                  William V. Custer
                                  Ga. Bar No. 202910

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants.

Dated: October 16, 2020           /s/ William V. Custer
                                  William V. Custer
                                  Ga. Bar No. 202910