UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY, DEKALB COUNTY, and FULTON COUNTY, GEORGIA,<br><br>             Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, FSB, COUNTRYWIDE WAREHOUSE LENDING, LLC, BAC HOME LOANS SERVICING, LP, MERRILL LYNCH & CO., INC., MERRILL LYNCH MORTGAGE CAPITAL INC., and MERRILL LYNCH MORTGAGE LENDING, INC.,<br><br>             Defendants. | Civil Action No. 1:15-CV-04081-LMM |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Certify the September 18, 2020 Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), the Court "is of the opinion" that the Order dated September 18, 2020 (ECF No. 100) "involves a controlling question of law as to which there is a substantial

ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b).  Accordingly, it is hereby ORDERED that said motion is GRANTED and that the Court certifies the Order dated September 18, 2020 (ECF No. 100), for an immediate appeal pursuant to 28 U.S.C. § 1292(b).

SO ORDERED, this _____ day of October, 2020.

_____
The Honorable Leigh Martin May
United States District Judge
U.S. District Court for the
Northern District of Georgia