IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| COBB COUNTY, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:15-cv-04081-LMM |
| BANK OF AMERICA | : | |
| CORPORATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This case comes before the Court on Plaintiffs' Motion to Compel, Dkt. [192] and Defendants' Motion to Compel. Dkt. [201]. Both Motions concern large amounts of data each side is requesting because they need this information for their own expert calculations and opinions or to evaluate the expert opinions of the other side. In response, opposing counsel claims that the information is not necessary because they do not need it for their own experts, and it would be disproportional to the needs of the case and burdensome to produce. Both sides are requesting cost shifting. After reviewing all the detailed arguments and documents the parties have produced, the Court **GRANTS** both Motions but **DENIES** cost shifting. The requesting party has demonstrated its need for the information requested and cannot obtain the information from other sources. It is not disproportional to the needs of the case. In addition, the Court holds

Plaintiffs' counsel to its offers made on page 5 (including footnote 3) to limit what is being requested.

In sum, both sides have shown they should have the data their experts need to complete their work. Of course, the Court's order is only directed toward information in the parties' custody and control. If either party does not possess the information or have it within their control, they are not required to produce it. Both Motions are **GRANTED**. Dkt. [192] and [201]

**IT IS SO ORDERED** this 16th day of August, 2022.

_____
**Leigh Martin May**
**United States District Judge**