IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:15-cv-04081-LMM |
| BANK OF AMERICA : | |
| CORPORATION, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

This case comes before the Court on Plaintiffs' Motion to Compel Defendants' Production of Documents. Dkt. [202]. The Court rules on the specific discovery requests in Plaintiffs' Motion as follows:

**Request for Production No. 31**

This request seeks pricing rates for loan products for pre-November 20, 2013 loans. Because the Court is already providing Plaintiffs with the detailed loan data for loans originating in 2004, the Court **DENIES** this request to compel.

**Request for Production No. 32-33**

This request seeks servicing fees charged to delinquent borrowers for pre-November 20, 2013 loans. Because the Court is already providing Plaintiffs with

the detailed loan data for loans originating in 2004, the Court **DENIES** this request to compel.

**Request for Production No. 15**

This request seeks information on marketing and advertising. In response, Defendants state that all responsive documents have been produced because they did not handle marketing policies in the same way prior to 2011. Relying on Defendants' representation to the Court, the Court **DENIES** this request to compel.

**Request for Production No. 48**

This request seeks information on internal policies for low-to-moderate income borrowers. The Court agrees with Plaintiffs as to their potential relevance.  The Court **GRANTS** this request to compel.

**Interrogatories 26-27**

These interrogatories seek information on third-party payments to Defendants. The Court does not find this information relevant. The Court **DENIES** this request to compel.

**Conclusion**

Plaintiffs' Motion to Compel is **GRANTED IN PART** and **DENIED IN PART**. Dkt. [202].

**IT IS SO ORDERED** this 16th day of August, 2022.

_____
**Leigh Martin May**
**United States District Judge**